UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVE MATTISON,

     Petitioner,

v.                                 Case No.  5:14cv227/RV/CJK

JULIE L. JONES,

     Respondent.
_____/

<u>ORDER</u>

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 3, 2016.  (Doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections under Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The Magistrate Judge's Report and Recommendation (doc. 21) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Steven Allen Mattison*, Bay County Circuit Court Case No. 10-CF-2013, is DENIED, and the clerk be directed to close the file.

3.  A certificate of appealability is DENIED.

**ORDERED** on this 4th day of April, 2016.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**